**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **OCIE WATT AND DIANE WATT,** | § | |
| *Plaintiffs,* | § | |
| | § | **CIVIL ACTION NO. 6:20-cv-00568** |
| **VS.** | § | |
| | § | **JURY TRIAL REQUESTED** |
| **WAL-MART, INC., AND MURPHY** | § | |
| **USA,** | § | |
| *Defendants.* | § | |

## NOTICE OF REMOVAL

Defendant **WAL-MART, INC.,** (hereinafter "Defendant"), files this Notice of Removal

of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and

show unto this Court the following:

### A. Introduction

1.      Defendant has filed its Civil Cover Sheet pursuant to Local Rule 3.1 and Local Rule

81.1. *See* **Exhibit A.**

2.      On or about May 18, 2020, Plaintiffs **OCIE WATT and DIANE WATT**

("Plaintiffs") initiated the state court lawsuit against Defendant in the 146th Judicial District Court

of Bell County, styled *Ocie Watt and Diane Watt v. Wal-Mart, Inc. and Murphy USA*; Cause No.

317,475-B (the "State Court Action"). In the State Court Action, Plaintiffs alleged a cause of action

for false imprisonment against Defendant. In addition, Plaintiffs seek to recover damages of any

kind, penalties, court costs, expenses, prejudgment and attorney fees. *See Plaintiffs' Original*

*Petition*, attached hereto as **Exhibit B.**

3.      The attorneys involved in the action being removed are listed as follows:

| **Party and Party Type** | **Attorney(s)** |
| --- | --- |
| Ocie Watt - Plaintiffs<br>Diane Watt | Jay R. Beatty<br>Texas Bar No. 01992450<br>MICHALK, BEATTY & ALCOZER, L.P.<br>3106 South W.S. Young Drive<br>Building D, Suite 401<br>Killeen, TX 76542<br>Phone: 254-526-3024<br>Fax: 254-526-2545<br>Email: jbeatty@mbaattorneys.com |
| Wal-Mart, Inc. - Defendant | Brett H. Payne<br>Texas Bar No. 00791417<br>WALTERS, BALIDO & CRAIN, L.L.P.<br>9020 N. Capital of Texas Highway<br>Building II, Suite 225<br>Austin, Texas 78759<br>Phone: 512-472-9000<br>Fax: 512-472-9002<br>Email: paynevfax@wbclawfirm.com |
| Murphy USA - Defendant | David P. Boyce<br>Texas Bar No. 02759770<br>WRIGHT & GREENHILL, P.C.<br>900 Congress Avenue, Suite 500<br>Austin, TX 78701<br>Phone: 512-476-4600<br>Fax: 512-476-5382<br>Email: dboyce@w-g.com |

4.     The name and address of the court from which the case is being removed is as follows:

> 146th Judicial District Court
> The Honorable Jack Jones
> P.O. Box 324
> 1201 Huey Road
> Belton, Texas 76513
> Phone: (254) 933-6737
> Fax: (254) 933-5978

**B.   The Notice Of Removal Is Timely**

5.      Defendant's agent was served with citation and a copy of Plaintiffs' Original Petition on or about May 29, 2020. *See* **Exhibit C**. Pursuant to 28 U.S.C. § 1446(b), Defendant's Notice of Removal was filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is one which is or has become removable.

## C.  Complete Diversity & Amount In Controversy Is Over the Threshold

6.      Pursuant to the State Court Action, Plaintiffs Ocie Watt and Diane Watt are individuals residing in Texas.

7.      Defendant Wal-Mart, Inc. is now, and was at all times relevant hereto, a foreign for-profit corporation which owns and operates the business commonly known as Wal-Mart in Bentonville, Arkansas.  Defendant's corporate headquarters, including officers and directors, is located at 702 S.W. 8th Street, Bentonville, Arkansas 72716-8312. Defendant's registered agent, upon whom Defendant may be served with process, is CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

8.      Co-Defendant Murphy USA is now, and was at all times relevant hereto, a foreign for-profit corporation which owns and operates the business commonly known as Murphy USA in El Dorado, Arkansas. Co-Defendant's corporate headquarters, including officers and directors, is located at 200 E. Peach Street, El Dorado, Arkansas 71730.

9.      In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

10.      Further, the case involves an amount in controversy of more than $75,000. *See* 28 U.S.C. § 1332(a).  A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H*

*Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993).  In the State Court Action, Plaintiffs allege they seek "monetary relief of not less than $200,000 but not more than $1,000,000." See **Exhibit B**.  Thus, the amount in controversy in the instant case meets the requirements for removal.

11.     Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit D.**

**D.  Basis for Removal**

12.     Because this is a civil action of which the District Courts of the United States have original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b). Further, because Plaintiffs are citizens and residents of Texas, Defendant's principal places of business are located in Arkansas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

**E.  Filing of Notice with State Court**

13.     Promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiffs through their attorney of record and to the clerk of the state court action.

**F.  Consent of Co-Defendant**

14.     Upon conferring with Counsel for Co-Defendant Murphy USA, Co-Defendant consents to the removal of this case to federal court.

**G.  Prayer**

15.     **WHEREFORE, PREMISES CONSIDERED,** Defendant Wal-Mart, Inc. requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be

necessary in connection with the removal of the state court action to this Court, and that they have

such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

BY:    */s/ Brett H. Payne*
       Brett H. Payne
       Texas Bar Number 00791417
       WALTERS, BALIDO & CRAIN, L.L.P.
       Great Hills Corporate Center
       9020 N. Capital of Texas Highway
       Building II, Suite 225
       Austin, Texas 78759
       Phone: 512-472-9000
       Fax: 512-472-9002
       Email: paynevfax@wbclawfirm.com

       **ATTORNEY FOR DEFENDANT
       WAL-MART, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of June, 2020, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Jay R. Beatty
MICHALK, BEATTY & ALCOZER, L.P.
3106 South W.S. Young Drive
Building D, Suite 401
Killeen, TX 76542
Phone: 254-526-3024
Fax: 254-526-2545
Email: jbeatty@mbaattorneys.com

**COUNSEL FOR PLAINTIFFS
OCIE WATT & DIANE WATT**


David P. Boyce – 02759770
WRIGHT & GREENHILL, P.C.
900 Congress Avenue, Suite 500
Austin, TX 78701
Phone: 512-476-4600
Fax: 512-476-5382
Email: dboyce@w-g.com

**COUNSEL FOR CO-DEFENDANT
MURPHY USA**


*/s/ Brett H. Payne*
BRETT H. PAYNE